**Dana BERRY, Appellant,**

v.

**Kevin BERRY, Respondent.**

No. ED 81279.

Missouri Court of Appeals,
Eastern District,
Division Four.

April 8, 2003.

Carl D. Kraft, St. Louis, MO, for appellant.

Eric C. Harris, Park Hills, MO, for respondent.

Before WILLIAM H. CRANDALL, P.J., SHERRI B. SULLIVAN, J. and GLENN A. NORTON, J.

***ORDER***

PER CURIAM.

Dana Berry appeals the judgment dissolving her marriage to Kevin Berry. She claims that the trial court erred in its division of marital debt and property, erred by failing to award her maintenance, erred in awarding joint custody and miscalculated child support.

The judgment is supported by substantial evidence and is not against the weight of the evidence. No error of law appears. An extended opinion would have no precedential value. We have, however, provided the parties a memorandum setting forth the reasons for our decision. We affirm the judgment under Rule 84.16(b).